

Nancy L. Wasch, Esq.  
Member of the PA Bar  
nwasch@waschritson.com

749 Spring Valley Road  
Doylestown, PA 18901  
(215) 340-1413

Daniel C. Ritson, Esq.  
Member of the NJ, NY, and PA Bars  
dritson@waschritson.com

140 New Street, Ste 2201  
Mamaroneck, NY 10543  
(973) 650-6245

April 27, 2021

Hon. John P. Cronan, U.S.D.J.  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 1320  
New York, NY 10007

      Re:    Angel Villano v. 181 Pharmacy Inc. d/b/a Tulsi Pharmacy, et al.  
            Case No. 1:21-cv-01582-JPC

Dear Judge Cronan:

      We represent the named Defendants in this action. I am pleased to write on behalf of all parties, to advise that the parties have reached a settlement in principle, intended to fully resolve this action. As Plaintiff's Complaint includes claims under the Fair Labor Standards Act, the parties jointly will petition the court for approval of the proposed settlement in accordance with Rule 3(G) of Your Honor's Individual Rules and Practices in Civil Cases. In that regard, the parties respectfully request that this action (and in particular, the time in which Defendants must respond to Plaintiff's Complaint, currently to expire on May 1, 2021) be stayed, and that the parties be provided with thirty (30) days to prepare and submit the required motion and supporting documents.

      The parties greatly appreciate Your Honor's consideration.

                                      Respectfully submitted,

                                      *Daniel C. Ritson*  
                                      DANIEL C. RITSON

cc:    Jesse C. Rose, Esq.

The request for a stay is denied. All deadlines and conferences are adjourned *sine die*. The parties shall submit all required documents for Court approval, in accordance with 3.G of the Court's Individual Rules and Practices in Civil Cases, by May 27, 2021.

SO ORDERED.  
Date: April 27, 2021  
      New York, New York

                                        JOHN P. CRONAN  
                                        United States District Judge